UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BURNHART,

                      Plaintiff,

  v.

SCOTT HOLDER, NANCY DAVIS, GARY BOHON, and MICHAEL WEBBER,

                      Defendants.

No. C11-5172 BHS/KLS

ORDER GRANTING MOTION FOR STAY

This matter is proceeding on the Amended Complaint filed by Plaintiff Michael Burnhart. ECF No. 10. Defendants have been served and have filed an Answer. ECF No. 18. Pursuant to the Court's Pretrial Scheduling Order, all discovery must be completed by January 6, 2012; dispositive motions must be filed by March 2, 2012, and the joint status report of the parties is due by June 8, 2012. ECF No. 19. On July 27, 2011, Plaintiff filed a motion to stay this matter until November 7, 2011, after he has been released from incarceration. ECF No. 21. Plaintiff intends to meet the pretrial deadlines previously set by the Court. *Id.*, p. 2. Defendants do not object to a stay of this case until November 7, 2011. ECF No. 22.

Accordingly, it is **ORDERED:**

ORDER GRANTING MOTION TO STAY - 1

(1) Plaintiff's Motion for a Stay (ECF No. 22) is **GRANTED; this matter shall be stayed until November 7, 2011. The stay shall automatically lift on November 7, 2011.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this __11th__ day of August, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY - 2