UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL BURNHART,

          Plaintiff,

v.

SCOTT HOLDER, et al.,

          Defendants.

CASE NO. C11-5172BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 30. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Defendants' motion for summary judgment is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**.

Dated this 28th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER